### 677. WILLIAMS v. THE STATE.

HILL, C. J.  1. The grounds of error set out in the amendment to the motion for a new trial, not having been approved or verified by the trial judge, will not be considered by this court. *Jackson* v. *State,* 116 *Ga.* 834 (43 S. E. 255); *Dunn* v. *State,* 116 *Ga.* 515 (42 S. E. 772); *Taylor* v. *Brown,* 114 *Ga.* 299 (40 S. E. 281); *Long* v. *Scanlan,* 105 *Ga.* 424 (31 S. E. 436).

2. A judgment sustaining a demurrer to a special plea in bar to an indictment can not be made a ground of a motion for a new trial. Exception to such a judgment must be taken either by a bill of exceptions sued out within twenty days from the date of the judgment, or by exceptions pendente lite, properly allowed and certified, on which error is duly assigned. *Rogers* v. *State,* 1 *Ga. App.* 527 (58 S. E. 236); *Long* v. *State,* 118 *Ga.* 319 (45 S. E. 416).

3. The statutory grounds of the motion for a new trial are without merit, there being some evidence to support the verdict which was approved by the trial court.      *Judgment affirmed.*

Accusation of larceny, from city court of Ashburn—Judge Hawkins.  May 25, 1907.

Submitted October 7,—Decided October 14, 1907.

*J. H. Tipton, R. L. Tipton,* for plaintiff in error.

*J. A. Comer, solicitor,* contra.